ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

RENEE SANDLER SHAMBLIN (#017473)
Trial Attorney
230 North First Avenue, #204
Phoenix, Arizona 85003-1706
(602) 682-2600 (phone)
(602) 514-7270 (fax)
E-mail: Renee.S.Shamblin@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| AMERICABUILT COMMUNITIES, INC., | ) Case No. 4:07-bk-00608-JMM |
| | ) |
| | ) **NOTICE OF DISBANDMENT OF** |
| | ) **OFFICIAL COMMITTEE OF** |
| | ) **UNSECURED CREDITORS** |
| | ) |
| Debtor. | ) |

On May 15, 2007, the United States Trustee appointed an Official Committee of Unsecured Creditors which consisted of four creditor members: (1) Curtis Cowley; (2) Robert & Swantje Fogel; (3) Donald Strittmatter; and (4) Jeffrey & Tatiana Struthers. At the June 14, 2007 Section 341 meeting of creditors in the above captioned case, the Debtor testified that the sale on Mr. Cowley's home had closed, and as such, Mr. Cowley no longer had a claim against the Debtor. Furthermore, Mr. Strittmatter and Mr. & Mrs. Fogel were mistakenly listed as creditors in the above captioned case, when they should have been listed as creditors in the related Americabuilt Construction case, case no. 07-00607 case. Committees are only appointed if there are at least three creditors willing to serve. At this time, only one of the appointed creditors is eligible to serve on the committee in this case.

. . .

. . .

As such, the United States Trustee hereby disbands the Official Committee of Unsecured Creditors herein.

Dated: June 19, 2007.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ Renee Sandler Shamblin
RENEE SANDLER SHAMBLIN
Trial Attorney

Copies of the foregoing mailed to this 19th day of June, 2007:

Eric Slocum Sparks
Eric Slocum Sparks, P.C.
110 S. Church Avenue, #2270
Tucson, AZ 85701
Attorney for Debtor

Curtis Cowley
13652 E. Mooncloud Way
Vail, AZ 85641

Robert & Swantje Fogel
2891 N. Placita Rancho Agave
Tucson, AZ 85715

Donald Strittmatter
4110 E. La Paloma Drive
Tucson, AZ 85718

Jeffrey & Tatiana Struthers
5664 W. Copperhead Drive
Tucson, AZ 85741

/s/ Connie Hoover

- 2 -